IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:00CR288 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH GUNIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue disposition hearing (Filing No. 108). The Court finds there is no objection and that the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; hearing on the petition for warrant or summons for offender under supervision (Filing No. 93) is rescheduled for:

**Friday, July 10, 2009, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 4th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court