IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR288 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH GUNIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 117). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; the motion to continue disposition hearing is restricted pursuant to the E-Government Act.

DATED this 22nd day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court